THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent, 
 
 
 
 
 

v.

 
 
 
 
 Eric Hemingway, Appellant.
 
 
 
 
 

Appeal From Allendale County
J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2009-UP-563
 Submitted November 2, 2009  Filed
November 23, 2009    

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Attorney Robert M.
 Dudek, of Columbia, Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Donald J. Zelenka, all of Columbia; and Solicitor Issac McDuffie Stone, III, of
 Beaufort, for Respondent.
 
 
 

PER CURIAM: Eric Hemingway was convicted
 of murder and criminal sexual conduct in the first degree.  Hemingway appeals, arguing
 the trial judge erred in refusing to grant a mistrial after the State introduced
 evidence that Hemingway's blood was drawn pursuant to a court order and that he
 remained silent after receiving warnings pursuant to Miranda v. Arizona,
 384 U.S. 436 (1966).  Hemingway also filed a pro se brief.  After a thorough review of the record and both
 briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.